

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00812-CV

**IN THE INTEREST OF J.E.H.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02116
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:     Patricia O. Alvarez, Justice

Sitting:        Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  March 13, 2013

AFFIRMED

This is an appeal from the trial court's order terminating Appellant's parental rights to his child. The court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. The attorney concludes that his client's appeal is frivolous and without merit. The attorney's brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in an appeal from a termination of parental rights) (mem. op.); *see also In re K.M.*, 98 S.W.3d 774, 775 (Tex. App.—Fort Worth 2003, no pet.) (same).

Appellant's attorney certified that a copy of his brief was delivered to his client who was advised of his right to examine the record and to file a pro se brief. Appellant did not file a pro

se brief.  After reviewing the record, we agree that Appellant's appeal is frivolous and without merit.  We affirm the trial court's order and grant Appellant's attorney's motion to withdraw.

Patricia O. Alvarez, Justice